AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Kevin Wayne McDaniels,
*Plaintiff*
v.                                       Civil Action No.    1:14-cv-03728-TLW

Chuck Wright, Spartanburg Co. Sheriff; Tim Tucker, Spartanburg Co. Sheriff Deputy; Phil Easler, Spartanburg Co. Sheriff Deputy; Barry Barnette, Spartanburg Co. Solicitor; Robert B. Hall, Spartanburg Co. Public Defender; Durham Cole, Spartanburg Co. Chief Judge; Alan Wilson, South Carolina Attorney General; Leah Moody, Attorney at Law; Kevin Owens, Attorney at Law; South Carolina Department of Corrections, sued in their individual and official capacity.
*Defendants*

)
)
)
)
)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Kevin Wayne McDaniels, shall take nothing of the defendants; Chuck Wright, Tim Tucker, Phil Easler, Barry Barnette, Robert B. Hall, Durham Cole, Alan Wilson, Leah Moody, Kevin Owens, and South Carolina Department of Corrections; from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Judge Terry L. Wooten, Chief United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:   January 13, 2015                                                          ROBIN L. BLUME, CLERK OF COURT

                                                                                                    s/M. Walker

                                                                                    *Signature of Clerk or Deputy Clerk*